

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause Number:     01-13-00107-CV

Trial Court Cause
Number:     2012-29089

Style:     Select Specialty Houston- Houston, L.P., Select Specialty Hospital- Houston Medical Center SSH Houston Medical Center

    **v** Lynella Hart

Date motion filed[*]:     February 7, 2013

Type of motion:     Motion to Abate

Party filing motion:     Appellant

Document to be filed:

Is appeal accelerated? ☒ YES    ☐ NO

Ordered that motion is:

    ☒   Granted

         If document is to be filed, document due: \_\_\_\_\_

         ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐   Denied

    ☐   Dismissed (*e.g.*, want of jurisdiction, moot)

    ☒   Other:   Case is abated. The parties shall immediately notify this court if the case is remanded to state court.

Judge's signature: /s/ Harvey Brown
        ☒ Acting individually     ☐ Acting for the Court

Panel consists of \_\_\_\_\_

Date: 02/08/2013